**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COMMWORKS SOLUTIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 2:24-cv-00931-JRG |
| | § | (Lead Case) |
| v. | § | |
| ASUSTEK COMPUTER INC. | § | Case No. 2:25-cv-00024-JRG |
| | § | (Member Case) |
| DRAYTEK CORPORATION, | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| | § | |

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR**
**RESPOND TO COMPLAINT**

Plaintiff CommWorks Solutions, LLC ("CommWorks" or "Plaintiff") and Defendant DrayTek Corporation ("DrayTek" or "Defendant"), file this Joint Motion for Extension of Time to Answer or Respond to Complaint and respectfully shows the following:

Plaintiff CommWorks filed its Complaint on January 13, 2025 (Dkt. 1) and served Defendant DrayTek on February 3, 2025. Defendant requested a 45-day extension, which was granted. Defendant's current deadline to respond to the Complaint is April 10, 2025. Defendant conferred with Plaintiff's counsel on April 7, 2025 regarding an extension so the parties could continue discussions about a potential resolution. This is the second request for an extension. Plaintiff joins this request and agrees to allow a 30-day extension.

Wherefore, Plaintiff and Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to May 12, 2025.

DATED:  April 9, 2025

Respectfully submitted,

By: *s/ Robert L. Green*

Robert L. Green
Texas State Bar No. 24087625
rgreensheppardmullin.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP**
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

**COUNSEL FOR DEFENDANT
DRAYTEK CORPORATION**

By: *s/ James F. McDonough, III*

C. Matthew Rozier (CO 46854)*
Kenneth A. Matuszewski (IL6324308)*
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (202) 316-1591; (404) 779-5305
Telephone:(708)870-5803
Email: matt@rhmtrial.com
Email: kenneth@rhmtrial.com

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone (404) 564-1866
Email: jim@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

*Admitted to the Eastern District of Texas

**COUNSEL FOR PLAINTIFF
COMMWORKS SOLUTIONS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents has been served on counsel of record who are deemed to have consented to electronic service on April 9, 2025, via electronic filing using the Court's CM/ECF system.

*s/ Robert L. Green*
Robert L. Green